**No. 09-1096. Fresenius USA, Inc. et al., Petitioners v. Baxter International, Inc., et al.**

559 U.S. 1070, 130 S. Ct. 2120, 176 L. Ed. 2d 726, 2010 U.S. LEXIS 3409.

April 19, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Federal Circuit denied.

Same case below, 582 F.3d 1288.